```
 1
 2
 3
 4
 5
 6
 7
                       UNITED STATES DISTRICT COURT
 8
                      CENTRAL DISTRICT OF CALIFORNIA
 9
10  DANIEL C. GILES,                ) CASE NO. CV 10-3920-FMO (PJW)
                                    )
11             Plaintiff,           )
                                    ) ORDER ACCEPTING AMENDED REPORT
12       v.                         ) AND ADOPTING FINDINGS,
                                    ) CONCLUSIONS, AND RECOMMENDATIONS
13  J. OLMEDA,                      ) OF UNITED STATES MAGISTRATE JUDGE
                                    )
14             Defendant.           )
                                    )
15
```

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the
17 Complaint, the records on file, and the Amended Report and
18 Recommendation of United States Magistrate Judge. The Court accepts
19 the Magistrate Judge's Amended Report and Recommendation and adopts it
20 as its own findings and conclusions.

22      DATED: November 25, 2013

                                            /s/
24                                   FERNANDO M. OLGUIN
                                     UNITED STATES DISTRICT JUDGE

27 C:\Temp\notesE1EF34\Giles.Order accep r&r re MSJ.wpd