1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   DANIEL C. GILES,                    )   Case No. CV 10-3920-FMO (PJW)
                                         )
11                  Plaintiff,           )   J U D G M E N T
                                         )
12            v.                         )
                                         )
13   J. OLMEDA,                          )
                                         )
14                  Defendant.           )
     _____)

15

16        Pursuant to the Order Adopting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        JUDGMENT IS HEREBY entered in favor of Defendant and against

19   Plaintiff and the action is dismissed with prejudice.

20

21        DATED: November 25, 2013

22

23                                      _____/s/_____
                                        FERNANDO M. OLGUIN
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28   C:\Temp\notesE1EF34\Giles.Judgment re MSJ.wpd